UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RANAE M. ULRICH, *pro se*, | ) | CASE NO.   1:22-cv-01848 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, et al., | ) | JUDGMENT ENTRY |
| | ) | |
| Defendants. | ) | |

    Consistent with the Order of Dismissal of this Court also filed this date, the Defendants' Motions to Dismiss the Amended Complaint, (R. 37; R. 38), are GRANTED.

    IT IS SO ORDERED.

Dated: September 27, 2024

                                                                                                                                    s/ *David A. Ruiz*
                                                                                                                                    David A. Ruiz
                                                                                                                                    United States District Judge