Office of the Clerk
**United States District Court**
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

FILED
OCT 11 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

NEOPOST 09/27/2024
US POSTAGE $000.97⁰
FIRST-CLASS MAIL
ZIP 44113
041L11256002



Return To Sender
Address Unknown CH.

Doc # 81, 82
1:22CV1848-DAR

Ranae M. Ulrich
1437 Ferndale Rd. NW
Canton, OH 44709

CV 8

NIXIE    441  DE 1    0010/05/24
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 44113182999    *0732-07397-30-42