**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

FILED
OCT 25 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**ra nae-michelle :ulrich**

    Plaintiff,

v.

**FORD MOTOR COMPANY,** et al.,

    Defendants.

Case No. 1:22-cv-01848

**JUDGE DAVID A. RUIZ**

## NOTICE OF APPEAL

The Judicial Conduct and Disability Act of 1980 allows anyone to file a complaint against a federal judge alleging that they have a disability **or have engaged in misconduct**. Pursuant to **ArtII.S4.4.5 Jurisprudence on Impeachable Offenses (1865–1900)**

Article II, Section 4:

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

The post-bellum experience in American history saw a variety of government officials impeached on a number of different grounds. In 1873, the House impeached federal district judge Mark. H. Delahay for, among other things, drunkenness on and off the bench. The

1

impeachment followed an investigation by a subcommittee of the House Judiciary Committee into his conduct. Following the House vote on impeachment, Judge Delahay <u>resigned before written impeachment articles were drawn up</u> and the Senate did not hold a trial. The impeachment of Judge Delahay indicates that the scope of impeachable behavior is not limited to strictly criminal behavior; Congress has been willing to impeach individuals for behavior that is not indictable, but nonetheless constitutes an abuse of an individual's power and duties.

David Ruiz, in his own personal capacity has failed to produce justice or fairness. David Ruiz failed to schedule a pre-trial conference, failed to hear FACTS over his political preference and interference and has subjugated the U.S. Constitution and the Constitution of the State of Ohio.

David Ruiz is exhibiting signs of psychopathic personality, a personality construct characterized by impaired empathy and remorse, in combination with traits of boldness, disinhibition, and egocentrism. Psychopathy is characterized by a callous disregard for others' feelings and a <u>blatant disregard for social norms</u>, often leading to manipulative and antisocial behaviors. Psychopathic individuals display a chronic and flagrant disregard for the welfare of others through their callous and manipulative behavior. <u>Psychopaths are more likely to engage in a wide variety of criminal behaviors.</u> Psychopaths don't feel remorse for their crimes or empathy for their victims. They are focused on their own gratification and take what they want from others without regard for consequences.

David Ruiz is also displaying signs of Sociopathy, which is a mental health condition that <u>involves a long-term pattern of manipulating, exploiting, or violating the rights of others.</u>

Signs of sociopathy include:

- A limited capacity for empathy

2

- A tendency to lie, break laws, and act impulsively

- <u>A lack of regard for their own safety or the safety of others</u>

- Coming across as arrogant or superior

- Lying to get what they want

It is apparent that David Ruiz personally wants to be **"Unburdened by what has been"!**

**He has displayed on court record a political bias and is actively participating in a coup on the American people.**

He may also be experiencing a form of dementia, just like the man who appointed him to the position, of which he is unable to discharge his duties, since 2022.

He could be suffering from dementia because the Holocaust was not so long ago for David Ruiz to forget the International "Nuremberg Trials" and the consequences that came from the medical torture of peaceful people.

But he cannot possible be blind, unread or this ignorant, without an element of some form of "Bribery"!

Because what kind of man, would argue with the United States Holocaust Memorial Museum definition of a holocaust, "The Holocaust was the systematic, state-sponsored persecution and murder of six million European Jews by the Nazi German regime and its allies and collaborators. <u>The Holocaust was an evolving process</u> that took place throughout Europe between 1933 and 1945.

During World War II, Nazi Germany and its allies and collaborators killed nearly two out of every three European Jews <u>using deadly living conditions (maui; train derailments; chemtrails),</u>

3

<u>brutal mistreatment (experimental medical treatments just like COVID VACCINES) , mass shootings and gassings, and specially designed killing centers (hospitals)</u>.

Tim Walz has publically said, "I've become friends with 'School Shooters'!"

It is blatantly apparent that the Fourth Reich is alive and well in America and Ukraine, through <u>*"Operation Paperclip"!*</u> Operation Paperclip is a controversial top-secret U.S. intelligence program that brought Nazi German scientists to America to harness their brain power for Cold War initiatives. Definition of Cold War: A cold war is **a state of conflict between nations that does not involve direct military action** <u>**but is pursued primarily through economic and political actions.**</u>

## Conclusion

<u>**It is not a coincidence that David Ruiz dismissed this case, on the same day as "DoDD 5240.01", September 27, 2024.**</u>

3.3. LEVELS OF AUTHORITY. Subject to Paragraph 3.1., Defense Intelligence Components may provide personnel to assist a Federal department or agency, including a Federal law enforcement agency, or a State or local law enforcement agency when lives are in danger, in response to a request for such assistance, in accordance with the following approval authorities: a. Secretary of Defense Approval. (b) DoD response to chemical, biological, radiological, nuclear, and high-yield explosive incidents. (c) Assistance in responding with assets with potential for lethality, or any situation in which it is reasonably foreseeable that providing the requested assistance may involve the use of force that is likely to result in lethal force, including death or serious bodily injury. It also includes all support to civilian law enforcement officials in

4

situations where a confrontation between civilian law enforcement and civilian individuals or groups is reasonably anticipated.

It seems as though the Democratic Party with a woman who never WON A PRIMARY as the ticket runner, must be planning something wicked and evil against the American people.

Henry Ford and Adolf Hitler's dream for America is actively being pursued by this fringe minority group.

Barack Obama's dream of America becoming China is also being actively pursued. Obama said he was envious of China because a "dictatorship" would be so much easier. Obama has wistfully been thinking about how easy it would be to be the leader of the People's Republic of China, the *New York Times* reports. *March 11, 2011 2:51 pm*

**VP Harris, Obama associated with Sean 'Diddy' Combs for Democratic causes. Fox News**

High-profile Democrats have had collaborations with rapper Sean "Diddy" Combs, whom federal authorities have charged with sex trafficking, racketeering conspiracy and more in a disturbing indictment unsealed.

Vice President Kamala Harris, former Secretary of State Hillary Clinton, New York Mayor Eric Adams and former President Barack Obama have all been connected to the artist for Democratic causes over the years. Combs has been one of the major celebrities backing Democrats throughout his career.

And as exhibited by Kamala Harris's running mate, Tampon Tim, has a love for China, most likely because legal consent for sex is age 14 in China.

5

@KamalaHarris Thank you, @Diddy, for hosting this town hall last night. There's a lot at stake for our communities right now and it's critical we bring to the forefront how coronavirus is perpetuating racial inequality and health disparities. 10:50 AM · Apr 10, 2020 Twitter

Bill Gates To Stand Trial Over COVID-19 Vaccine Claims

A Dutch court ruled on Wednesday, October 24, 2024, that billionaire and global vaccine proponent, Bill Gates, must stand trial in the Netherlands for allegedly misleading the public about the safety of COVID-19 vaccines during the pandemic time.

According to reports, seven plaintiffs claimed to have suffered injuries from the vaccines and sued Bill Gates along with former Dutch Prime Minister and current NATO Secretary General, Mark Rutte, members of the Dutch government's COVID-19 Outbreak Management Team, Pfizer CEO Albert Bourla, and the Dutch state itself.

David Ruiz did not do his due diligence and it shows. Ulrich was terminated by Ford Motor Company in a Nazi style way for speaking the truth about Covid-19 and the illegal, unconstitutional Vaccine Mandate that F.M.C. tried to push on every American employee and is against the Nuremberg Code because the experiment cannot be stopped at any time by the patient. And Ford Motor Company had something a financial gain in the genocide of Legacy workers, with illegal workers ready to take the positions of Americans!

Sincerely and Truthfully,

_ra nae-michelle :ulrich_      10/25/2024
ran ae-michelle :ulrich

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was served by regular U.S. mail, postage pre-paid on October 25, 2024, upon the following:

Kristen Seifert Watson & Lane Hagar
225 East Broad Street, 4th Floor
Columbus, Ohio 43215-3709

Joyce Goldstein
3080 Laurel Road
Cleveland, Ohio 44210

Samuel Endicott, Ronald Linville & Maria Chabali
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215