Case No. 24-3958

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

RANAE ULRICH

    Plaintiff - Appellant

v.

FORD MOTOR COMPANY; JOHN SANTANA, Process Coach/Forklift Boss, jointly and serverally; RALPH JOHNSON, Coordinator for Forklift Operators; PAUL DONOVAN, Union Building Chairman; MICHAEL STALLARD, Labor Relations Representative; JOHN DOES, I-LXXVII; JANE DOES, I-LXXVII; CEO JAMES D. FARLEY, JR.; BRIDGET JOHNSON, Forklift Operator; JACQUELINE L. WILSON; KELLY BENNET, Labor Relations Manager; JEREMIAH HASTINGS, Company Doctor; MARK PORTERFILED, Skilled Trades

    Defendants - Appellees

    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by November 15, 2024.

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                               **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: November 18, 2024