IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED

AUG 25 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

ra nae m. ulrich
Plaintiff

-vs-

Ford Motor Company
Defendant(s)
et al

CASE NO. 22-CV-0 1848

JUDGE David Ruiz

Change of Mailing Address

1440 Kuder Rd. Hinckley,
OH 44233

ra nae michelle : ulrich