# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

FILED
OCT 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

**ra nae michelle: ulrich** **Case No. 1:22-cv-01848**

**woman**

**vs.** **JUDGE DAVID A. RUIZ**

**FORD MOTOR COMPANY, Et. Al.**

*A Delaware corporation;*

**Defendants. –jointly and severally**

## RECORDS REQUEST/ F.O.I.A.

Pursuant to the Freedom of Information Act, **ra nae michelle: ulrich,** is requesting ALL BANKING & TELECOMMUNICATIONS Information for:

1. David Ruiz & Natalie Haupt (Stark County)
2. Ford Motor Company (2015-2025)
3. U.A.W. (2015-2025)
4. Amazon (from inception)
5. Victoria's Secret, INC. (from inception or 1995)
6. NFL - National Football League
7. All B.A.R. Association Members (Attorneys in America)

8. Facebook & Twitter
9. STATE OF OHIO
10. CITY OF CANTON (including Police Department & Todd Gillilan)
11. PNC BANK (removed me from account without signature)
12. NEOPA RADIO (probable cause)
13. Best Reward Credit Union (probable cause)
14. Pfizer
15. Moderna

I am requesting this information to be sent to ralawsecrets@gmail.com, thomas.renz@gmail.com and starkcos@gmail.com.

It is important to us to look into Banking Fraud, such as PNC Bank removing my name from an account with any piece of paper. The intention is to find DARK MONEY used for Bribery! Possibly George Soros Money!

TONY ABOU-ELIAS - NOTARY PUBLIC
COMM EXP: OCT 14, 2026
STATE OF OHIO

Sincerely and Truthfully,

Signed October 20, 2025

ra nae michelle: ulrich

ra nae michelle: ulrich
sovereign -living woman
Sui Juris

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by regular U.S. Mail, postage pre-paid on October 20, 2025, upon the following:

Kristen Seifert Watson & Lane Hagar
225 East Broad Street, 4 th Floor
Columbus, Ohio 43215-3709

Joyce Goldstein
3080 Laurel Road
Cleveland, Ohio 44210

Samuel Endicott, Ronald Linville & Maria Chabaili
200 Civic Center Drive. Suite 1200
Columbus, Ohio 43215

Anna von Reitz
P.O. Box 520994
Big Lake, Alaska 99652

Lincoln Wood
#Fightback Foundation
P.O. Box 550883
Atlanta, GA 30355-3383