UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RANAE M. ULRICH, *pro se*, | ) | CASE NO. 1:22-cv-01848 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, *et al.*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Court received the filing (R.92) in this closed case. To the extent the filing could be construed as a motion, it is denied as the case is closed.

Since this case is closed, the Clerk is directed not to accept any further filings from Plaintiff.

IT IS SO ORDERED.

Dated: July 31, 2026

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge